### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.            Case Number 15-10305

RANDY HAMPTON,

    Defendant.

_____/

### DEFAULT JUDGMENT

  In accordance with the court's October 8, 2015 "Order Granting Plaintiff's Motion for Default Judgment,"

  IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff Malibu Media, LLC, and against Defendant Randy Hampton.

  IT IS FURTHER ORDERED AND ADJUDGED that Defendant shall pay Plaintiff $37,500 in statutory damages and $1,650.86 in attorney's fees and costs.  Dated at Detroit, Michigan, this 8th day of October 2015.

         S/Robert H. Cleland_____
         ROBERT H. CLELAND
         UNITED STATES DISTRICT JUDGE

Dated:  October 8, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 8, 2015, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522